# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00651-CV

**Lawrence Brandon Erlanson, Individually, and as Independent Executor of the Estate of Freddie Lindsay Erlanson, Appellant**

**v.**

**Teresa Erlanson, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF COMAL COUNTY
### NO. 2021PC0278, THE HONORABLE CHARLES A. STEPHENS II, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Lawrence Brandon Erlanson, Individually, and as Independent Executor of the Estate of Freddie Lindsay Erlanson, has filed an unopposed motion to abate this appeal while the parties finalize a settlement reached through mediation. We grant the motion and abate this appeal. On or before December 19, 2022, the parties shall submit either a motion to dismiss, a joint status report concerning the status of settlement negotiations, or a motion to reinstate. This appeal will remain abated until further other of this Court.

Before Chief Justice Byrne, Justices Triana and Smith

Abated

Filed: November 18, 2022